# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISON

In Re:

| | |
|---|---|
| Namaia McDuffy (a.k.a. Weathers) | Chapter 7 |
|    Debtor | Case No. 18-21727 |
| _____/ | Judge: Daniel S. Opperman |

## ORDER ON COMPELLING COMPLIANCE WITH 11 U.S.C. §547(b) AND THE TURN OVER OF PREFERENCE FUNDS

This matter being before the Court on a Motion to Compel Compliance with 11 U.S.C. §547 (b) and,

The Court noting from the records and files in this case that Debtor Namaia McDuffy, by and through their attorney, Robert Shelton PLC., has caused said Motion to Compel, and the Court having issued a ruling on the matter, wherefore;

**IT IS HEREBY ORDERED,** the creditor Wanigas Credit Union is to turn over the remaining preference funds in the amount of $702.42 to the Debtor through their attorney, Robert Shelton, PLC.

**IT IS FURTHER ORDERED** that these funds must be turned over within thirty-five (35) days from the entry of this order.

**Signed on May 10, 2019**

/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge